## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| LAUREN GRIFFIN, | : No. 80 MAL 2018 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (LUZERNE COUNTY CHILDREN AND YOUTH), | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.